# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0368.  MSM POLY, LLC et al. v. TEXTILE RUBBER AND CHEMICAL COMPANY, INC.**

MSM Poly, LLC and Patrick Mickle have filed a motion to withdraw this application for discretionary review of the superior court's order of February 6, 2019. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/25/2019*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*